AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-01565-KPF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CITY OF NEW YORK c/o CORPORATION COUNNSEL
was received by me on *(date)* 5/17/2023

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jerry Bradshaw , who is
designated by law to accept service of process on behalf of *(name of organization)*
CITY OF NEW YORK c/o CORPORATION COUNSEL on *(date)* 5/18/2023, 1:48PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/23/2023

*Server's signature*

JUAN PIMENTEL
LICENSE NO. 2066974
*Printed name and title*

18 EAST 41ST STREET, SUITE 1600
NEW YORK, NY 10017
*Server's address*

Additional information regarding attempted service, etc:
1. SUMMONS IN A CIVIL ACTION;
2. JURY TRIAL DEMANDED COMPLAINT;
3. NYCPL 160.50 RELEASE;
4. MEDICAL RELEASE FOR FRESENIUS KIDNEY CARE;
5. MEDICAL RELEASE FOR DR. STELLA ILYAYEVA.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| Juan B. Portorreal, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-01565-KPF |
| City of New York, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of New York
c/o Corporation Counsel
100 Church Street
NY, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Schoenlawfirm@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/20/2023

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*